# 05-40055

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608 |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| BMG MUSIC; MAVERICK RECORDING CO.; CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and ARISTA RECORDS LLC | JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

**Exhibit A**

# Doe #1 (192.80.61.187 2004-11-13 07:10:08 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Arrested Development | People Everyday | 3 years 5 months & 2 days | 143-502 |
| Capitol Records, Inc. | Bob Seger | We've Got Tonight | Stranger in Town | 5-591 |
| Sony BMG Music Entertainment | Destiny's Child | Nasty Girl | Survivor | 289-199 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |
| UMG Recordings, Inc. | 3 Doors Down | Kryptonite | The Better Life | 277-407 |
| Arista Records LLC | Whitney Houston | One Moment In Time | Whitney The Greatest Hits | 284-891 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| Sony BMG Music Entertainment | Mariah Carey | All I've Ever Wanted | Music Box | 178-631 |